IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

KEAUNA LAMBERT

Debtor(s)

Case No. 21-31186-WRS
Chapter 13

**TRUSTEE'S OBJECTION TO CONFIRMATION**

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on July 15, 2021.

2. The debtor(s) §341 Meeting of Creditors was held August 09, 2021.

3. The debtor(s) overall pay record is 0%.

(**X**) It is the Trustee's contention that this debtor(s) plan is not feasible. As grounds for said objection the Trustee would offer that the debtor(s) percentage pay record as cited above.

(**X**) The debtor(s) failed to commence plan payment as required by 11 U.S.C. § 1326.

(**X**) The following creditor has filed its claim and the debtor(s)' plan fails to make provisions for this claim:

Creditor: INTERNAL REVENUE SERVICE
Court Claim Number 5
Claim Amount: $7,717.51
Claim Filed As: PRIORITY/SPLIT

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s)' plan and requests that either confirmation be denied and case be dismissed, or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this August 18, 2021.

Sabrina L. McKinney
Chapter 13 Standing Trustee

By: /s/*Shavon L. Richardson*
_____
Shavon L. Richardson
Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: richardsons@ch13mdal.org

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this August 18, 2021.

By: /s/*Shavon L. Richardson*
      Shavon L. Richardson
      Staff Attorney

Copy to:   KEAUNA LAMBERT
             5715 CALMAR DR #5
             MONTGOMERY, AL  36116

             PAUL D ESCO (via electronic filing)